Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the
Eastern District of Washington ▾

_____ Division

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV – 1 2024

SEAN F. McAVOY, CLERK
YAKIMA, WASHINGTON

| | |
|---|---|
| Christopher Walden<br>Tiffany Walden<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Larry Allen Palitayan Tourangeau<br><br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. <u>1:24-cv-03172-SAB</u><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher & Tiffany Walden |
| Street Address | 17091Tieton Drive |
| City and County | Yakima, and Yakima County |
| State and Zip Code | Washington and 98908 |
| Telephone Number | 509-494-9510 |
| E-mail Address | cwalden60@icloud.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Larry Allen Palitayan Tourangeau |
| Job or Title *(if known)* | |
| Street Address | 1328 N Belt Highway |
| City and County | Saint Joseph, Buchanan |
| State and Zip Code | Missouri, 64506 |
| Telephone Number | 415-939-5641 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | White Star Investments LLC |
| Job or Title *(if known)* | |
| Street Address | 1927 Union Street |
| City and County | Saint Joseph, Buchanan |
| State and Zip Code | Missouri, 64501 |
| Telephone Number | 415-298-1700 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The suit is a defemation of character/personal injury case that is being brought by the plantiffs in the case against the defendents listed in the complaint. See attached complaint that will be filed in this case. The defendents also posted pictures of myself and my wife without seeking permission first. The defendents also stole my business name, by registering Walden's Sabland Ranch with the Secretary of States office in Washington State

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Christopher & Tiffany Walden , is a citizen of the State of *(name)*  Washington .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Larry Allen Tourangeau , is a citizen of the State of *(name)*  Missouri . Or is a citizen of *(foreign nation)*

  b.  If the defendant is a corporation

    The defendant, *(name)* White Star Investments LLC , is incorporated under the laws of the State of *(name)* Missouri , and has its principal place of business in the State of *(name)* Missouri .

    Or is incorporated under the laws of *(foreign nation)* ,

    and has its principal place of business in *(name)* .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

    The amount that is being sought is at minimum $2.5 million dollars, not including interest or the cost of court. The plantiffs in this case also seek court cost and interest, due to defamation of personal injury to the plantiffs reputation, and loss of potential jobs.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Starting in March of 2024, the defendent registered my business in Washington state, and went on the internet in Alaska, Hawaii, Missouri, Idaho and other states. The defendent went onto various websites and made post about myself and my wife, and my family, that were false and not true. The defendent, with these post said that I stole from him. The defendent excessively tagged various companies in Yakima, and various federal agencies that were ultimately tied to the post that the defendent was making.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiffs are seeking pain and suffering, for myself, and my wife. I am seeking money for the loss of wages related to farming, loss of potential jobs, becauuse of the post that were made. I was passed over for a job that I once held at the Yakima Training Center, because JBLM Yakima Training Center was tagged in the post that were made. The FBI confirmed with me that my background check had been flagged because of the post that were made, by the defendents in this case. The loss of wages from farming, jobs, pain and suffering compensation is being sough and any punitive damages that are to be awarded by the court.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Oct, 31 2024

Signature of Plaintiff

Printed Name of Plaintiff    Christopher Walden

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address