FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER WALDEN; and TIFFANY WALDEN, Plaintiffs, v. WHITE STAR INVESTMENTS LLC, Defendant. | No. 1:24-cv-03172-SAB **ORDER ON PRETRIAL MOTIONS** |

Before the Court are several pending motions. Plaintiff Christopher Walden is appearing pro se. Defendant White Star Investments LLC is represented by Justin Derek Leigh.

In the interest of preserving judicial economy, and pursuant to the Court's inherent authority to manage its docket, the Court finds it appropriate to address some of these motions now, while reserving ruling on the remaining motions until the appropriate time.

### ECF No. 45 Plaintiffs' Motion for Bench Trial

As the Court noted at the pretrial conference on March 25, 2026, whether this matter proceeds by jury or bench trial is a decision that lies with the parties. The Court cannot force Defendant to stipulate to a bench trial. However, if the

**ORDER ON PRETRIAL MOTIONS** # 1

parties agree to a bench trial, the Court shall update CM/ECF accordingly. The motion is **denied with leave to renew**.

### ECF No. 56 Defendants' Motion to Extend Trial Dates

As discussed at the pretrial conference, this matter cannot proceed to trial on April 13, 2026, due to conflicts with the Court's schedule. The motion is **dismissed as moot**.

### ECF No. 57 Defendants' Motion to Dismiss

As the Court noted at the pretrial conference, Defendant is a corporation and therefore must be represented by counsel. The motion was prepared pro se by now-dismissed Defendant Tourangeau. Therefore the motion is **denied**.

### ECF No. 75 Plaintiffs' Motion to Strike

The filings that Plaintiffs seek to strike (ECF Nos. 56, 57, and 65) have been granted out of necessity (in the case of ECF No. 65) or dismissed here (in the case of ECF Nos. 56 and 57). The motion is **denied as moot**.

### ECF No. 78 Plaintiffs' Motion to Notify Court of Irregular Signatures

The challenged filing, ECF No. 65, has already been addressed. Moreover, Mr. Mora no longer represents any parties in this matter, and the party whom he was representing has been dismissed, *see* ECF No. 74. The motion is **denied as moot**.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The jury trial set for April 13, 2026, is **STRICKEN**.

2.    Plaintiffs' Motion for Motion for Bench Trial, ECF No. 45, is **DENIED WITH LEAVE TO RENEW.**

3.    Defendant's Motion to Extend Trial Deadlines, ECF No. 56, is **DISMISSED AS MOOT**.

4.    Defendant's Motion to Dismiss, ECF No. 57, is **DENIED**.

5.    Plaintiffs' Motion to Strike, ECF No. 75, is **DENIED AS MOOT.**

6.    Plaintiffs' Motion to Notify Court of Irregular Signatures, ECF No.

**ORDER ON PRETRIAL MOTIONS** # 2

78, is **DENIED AS MOOT.**

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to the parties.

**DATED** this 1st day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER ON PRETRIAL MOTIONS** # 3